# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARLENE SANCHEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>        Defendant. | Case No. 5:23-cv-00285-JGB-KK<br><br>**Honorable Jesus G. Bernal**<br><br><br>**JUDGMENT FOR DEFENDANT NAVY FEDERAL CREDIT UNION** |

## JUDGMENT

Having granted Defendant Navy Federal Credit Union's motion to dismiss,[1] and in response to Plaintiff Sharlene Sanchez's request that the court enter final judgment given her decision not to submit an amended complaint, the Court hereby **ORDERS, ADJUDGES, AND DECREES** as follows:

1. Judgment is hereby entered in favor of Defendant Navy Federal Credit Union and against Plaintiff Sharlene Sanchez;

2. Plaintiff Sharlene Sanchez shall take nothing by way of her Complaint against Defendant Navy Federal Credit Union.

**IT IS SO ORDERED**.

Dated:  September 26, 2023

The Honorable Jesus G Bernal
United States District Judge

---

[1] See Order Granting Defendant's Motion to Dismiss (Dkt. No. 33).