| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 18 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

SHARLENE SANCHEZ, individually and on behalf of all others similarly situated,

    Plaintiff-Appellant,

 v.

NAVY FEDERAL CREDIT UNION,

    Defendant-Appellee.

No. 23-55779

D.C. No. 5:23-cv-00285-JGB-KK
Central District of California, Riverside

ORDER

Before: Lisa B. Fitzgerald, Appellate Commissioner.

In light of the district court's entry of final judgment on September 27, 2023, this court's order to show cause of September 20, 2023, is discharged.

The opening brief and excerpts of record are due November 15, 2023. The answering brief is due December 15, 2023. The optional reply brief is due within 21 days after service of the answering brief.

OSA114